**LAW OFFICES OF WILLIAM E. STAEHLE**
By: Lisa Marie DeRogatis, Esq. (LD 4404)
445 South Street
P.O. Box 1938
Morristown, NJ 07962-1938
(973) 631-7300
Attorneys for Third Party Defendants Cast Lighting, LLC (incorrectly pleaded as Cast Lighting) and Aquarius Supply, Inc. (incorrectly pleaded as Aquarius Irrigation)(also incorrectly pleaded as Cast Lighting as subsidiary of Aquarius Irrigation)

| | |
|---|---|
| FITCHBURG MUTUAL INSURANCE COMPANY a/s/o PETER & IRENE ANEVSKI, H/W, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff | Civil Action No.: 2:13-cv-5973-SRC-CLW |
| vs. | |
| BURLINGTON LANDSCAPING, INC., | |
| Defendant/Third Party Plaintiff | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CAST LIGHTING LLC AND AQUARIUS SUPPLY, INC.** |
| CAST LIGHTING, AQUARIUS IRRIGATION, CAST LIGHTING AS SUBSIDIARY OF AQUARIUS IRRIGATION, | |
| Third Party Defendants. | |

It is hereby stipulated and agreed by and between the attorneys for the parties that the above-captioned action, including the Plaintiff's Complaint, Third Party Complaint and all cross claims asserted are dismissed with prejudice and without costs as to the Third Party Defendants **Cast Lighting, LLC and Aquarius Supply, Inc. ONLY.**

METHFESSL & WERBEL, PC
Attorneys for Defendant/Third Party Plaintiff(s)
Burlington Landscaping, Inc.

By: _____
Edward L. Thornton, Esq.

LAW OFFICES OF WILLIAM E. STAEHLE
Attorneys for Third Party Defendants, Cast Lighting, LLC and Aquarius Supply, Inc.

By: _____
Lisa Marie DeRogatis, Esq.

COZEN O'CONNOR
Attorneys for Plaintiff(s) Fitchburg Mutual
Insurance Company a/s/o Peter & Irene
Anevski, h/w

By: _____
William E. Gericke, Esq.

Dated:

So ordered.

*/s/ Stanley R. Chesler*

Honorable Stanley R. Chesler,
United States District Court Judge

2