# Exhibit 1

Case 2:13-cv-05973-SRC-CLW   Document 74-3   Filed 06/13/17   Page 2 of 3 PageID: 622
Case 2:13-cv-05973-SRC-CLW   Document 61   Filed 02/14/17   Page 1 of 2 PageID: 424
Case 2:13-cv-05973-SRC-CLW   Document 60   Filed 02/01/17   Page 1 of 2 PageID: 422

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CL

| | |
|---|---|
| FITCHBURG MUTUAL INSURANCE COMPANY, as subrogee of PETER & IRENE ANEVSKI, H/W<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON LANDSCAPING, INC.<br><br>Defendant. | : Hon. Stanley R. Chesler<br>:<br>:<br>:<br>: Civil Action No.: 2:13-cv-05973<br>:<br>:<br>:<br>:<br>:<br>: |

**FINAL ORDER OF JUDGMENT**

Pursuant to the jury verdict rendered in this action on January 25, 2017,

FINAL JUDGMENT is hereby entered in favor of Plaintiff, Fitchburg Mutual Insurance Company, as subrogee of Peter and Irene Anevski, and against Defendant, Burlington Landscaping, Inc., and Plaintiff shall recover the amount of One Hundred and Sixty Thousand Dollars and no cents ($160,000.00) together with prejudgment interest from October 9, 2013, to January 25, 2017, in the amount of Eleven Thousand, Eight Hundred and Ninety-Two Dollars and 66/00 ($11,892.66), for a total of One Hundred and Seventy-One Thousand, Eight Hundred and Ninety-Two Dollars and 66/00 ($171,892.66), which amount shall continue to bear interest at the lawful rate of 2.50% or at such rate as determined by the State of New Jersey.

IT IS FURTHER ADJUDGED THAT Final Judgment is hereby entered in favor of Plaintiff, Fitchburg Mutual Insurance Company, as subrogee of Peter and Irene Anevski, and against former Third Party Defendant, Cast Lighting, LLC, and Plaintiff shall recover the amount of Six Hundred and Forty Thousand Dollars and no cents ($640,000.00) together with prejudgment interest from October 9, 2013, to January 25, 2017, in the amount of Forty-Seven Thousand, Five Hundred and Seventy Dollars and 65/00 ($47,570.65), for a total of Six Hundred

Case 2:13-cv-05973-SRC-CLW   Document 74-3   Filed 06/13/17   Page 3 of 3 PageID: 623
Case 2:13-cv-05973-SRC-CLW   Document 61   Filed 02/14/17   Page 2 of 2 PageID: 425
Case 2:13-cv-05973-SRC-CLW   Document 60   Filed 02/01/17   Page 2 of 2 PageID: 423

and Eighty-Seven Thousand, Five Hundred and Seventy Dollars and 65/00 ($687,570.65), which amount shall continue to bear interest at the lawful rate of 2.50 percent or at such rate as determined by the State of New Jersey.

The Court retains jurisdiction to consider and determine entitlement to and the amount of any attorneys' fees and costs upon Motion.

DONE AND ORDERED in Chambers at Newark, New Jersey this _13_ day of February, 2017.

SO ORDERED:

_____
The Honorable Stanley R. Chesler, U.S.D.J.